# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-3056**                      **September Term, 2023**

**1:21-cr-00032-DLF-1**

**Filed On: January 18, 2024**

United States of America,

      Appellee

    v.

Guy Wesley Reffitt,

      Appellant

**BEFORE:**   Wilkins and Rao, Circuit Judges, and Randolph*, Senior Circuit Judge

# O R D E R

Upon consideration of appellant's motion to supplement the appeal and motion to stay, it is

**ORDERED** that the motion to supplement be granted. It is

**FURTHER ORDERED** that the motion to stay be granted, and this case be removed from the February 22, 2024 oral argument calendar and held in abeyance pending further order of the court.

The parties are directed to file motions to govern further proceedings in this case within 30 days of the Supreme Court's disposition of <u>Fischer v. United States</u>, No. 23-5572, 2023 WL 8605748 (cert. granted Dec. 13, 2023), and this court's decision in No. 23-3045, <u>United States v. Brock</u> (argued Sept. 27, 2023), whichever comes later.

**Per Curiam**

                    **FOR THE COURT:**
                    Mark J. Langer, Clerk

         BY:   /s/
                  Scott H. Atchue
                  Deputy Clerk

---

\* A statement by Senior Circuit Judge Randolph, dissenting from the grant of the motion to stay, is attached.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-3056**                                                              **September Term, 2023**

RANDOLPH, *Senior Circuit Judge*, dissenting from the grant of the motion to stay:

    I vote to deny Mr. Reffitt's motion to postpone the oral argument scheduled for February 22, 2024. I vote to grant his motion to add to his appeal the issue presented in *United States v. Fischer*, 64 F.3d 329 (D.C. Cir.), *cert. granted*, No. 23-5572 (2023).

    I do not object to postponing oral argument on the *Fischer* issue until the Supreme Court's decision. But there is no reason to postpone oral argument on the rest of the issues he raises, including the issue in *United States v. Brock*, No. 22-3045, which was argued before another panel in September 2023 and is still undecided.