UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 22-3056

UNITED STATES OF AMERICA, Appellee,

v.

GUY WESLEY REFFITT, Appellant.

## Appellee's Motion to Continue Abeyance

Appellee, the United States of America, moves to continue the abeyance of this appeal for an additional 30 days, to August 28, 2024. This appeal arises from appellant Guy Reffitt's conviction under 18 U.S.C. § 1512(c)(2), based on his participation in the January 6, 2021, events at the United States Capitol. On January 18, 2024, the Court held this case in abeyance pending the Supreme Court's disposition of *Fischer v. United States*, No. 23-5572, which addressed the scope of Section 1512(c)(2), and *United States v. Brock*, No. 23-3045. The parties were ordered to file motions to govern future proceedings within 30 days of the *Fischer* and *Brock* decisions.

On June 28, 2024, the Supreme Court decided *Fischer*, holding that Section 1512(c)(2) requires proof that the defendant impaired or attempted to impair "the availability or integrity for use in an official proceeding of records, documents, or objects" or "other things used in the proceeding." *Fischer v. United States*, 144 S. Ct. 2176, 2190 (2024). The government is awaiting guidance from the Solicitor General on how to proceed in cases involving a Section 1512(c)(2) charge. It would be premature to take any action in this appeal until the government is able to determine its position.

Appellee contacted counsel for appellant, F. Clinton Broden, Esq., who indicated that he is out of the country and unable to confer with the appellant at this time. Accordingly, counsel for appellant represents that he is opposed to the motion at this point.

WHEREFORE, appellee requests that the abeyance status be extended by 30 days, to August 28, 2024.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

CHRISELLEN R. KOLB
Assistant United States Attorney

|                               /s/                      |
|                               ———————————————          |

                                                          /s/
SONIA MITTAL
IL Bar # 6314706
Assistant United States Attorney
601 D Street, NW, Room 6.232
Washington, D.C. 20530
Sonia.Mittal@usdoj.gov
(202) 252-6829

Dated: July 25, 2024

## Certificate of Compliance with Rule 27(d)

I HEREBY CERTIFY pursuant to Fed. R. App. P. 32(g) that this motion contains 267 words, and therefore complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). This motion has been prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

/s/
Sonia Mittal
Assistant United States Attorney

## Certificate of Service

I HEREBY CERTIFY that I have caused a copy of the foregoing motion to be served by electronic means, through the Court's CM/ECF system, upon counsel for appellant, F. Clinton Broden, Esq., on this 25th day of July, 2024.

/s/
Sonia Mittal
Assistant United States Attorney