UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 22-3056

UNITED STATES OF AMERICA,           Appellee,

v.

GUY WESLEY REFFITT,                 Appellant.

# JOINT RESPONSE TO ORDER FOR MOTIONS TO GOVERN FUTURE PROCEEDINGS AND JOINT MOTION TO CONTINUE TO HOLD CASE IN ABEYANCE

Appellee, the United States of America, and appellant, defendant Wesley Guy Reffitt, jointly respond to the Court's April 7, 2023, order for motions to govern future proceedings by jointly moving to continue to hold this case in abeyance until rehearing petition filed in *United States v. Fischer*, No. 22-3038, has been resolved.

The issue in this case—whether the defendant's alleged conduct falls within the scope of 18 U.S.C. § 1512(c)(2)—is materially identical to the issue before the Court in *Fischer*. Accordingly, the Court stayed this case pending its decision in *Fischer*. *Fischer* was decided on April 7, 2023.

That same day, the Court directed the parties in this case to file motions to govern future proceedings by May 8, 2023.

Following the Court's separate opinions in *Fischer*, the defendants in that case filed a rehearing petition. The need to avoid confusion and conserve resources supports waiting until after the *Fischer* rehearing petition is resolved before the Court considers the next step in this appeal.

## CONCLUSION

WHEREFORE, the parties jointly request that this case be held in abeyance until the rehearing petition filed in *Fischer* is resolved.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

CHRISELLEN R. KOLB
Assistant United States Attorney

/s/*
James I. Pearce
Special Assistant U.S. Attorney
601 D Street, NW
Washington, DC 20530
(202) 532-4991
James.Pearce@usdoj.gov

**

## Certificate of Compliance with Rule 27(d)

I HEREBY CERTIFY pursuant to Fed. R. App. P. 32(g) that this motion contains 208 words, and therefore complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). This motion has been prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

/s/
JAMES I. PEARCE
Special Assistant United States Attorney

---

* The government signs on behalf of counsel for Reffitt, who confirmed agreement with the relief sought in this joint motion.

3