UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | APPEAL NO. |
| ) | |
| Plaintiff-Appellee, ) | 22-3056 |
| ) | |
| v. ) | |
| ) | |
| GUY WESLEY REFFITT , ) | |
| ) | |
| Defendant-Appellant. ) | |
| ) | |

**UNOPPOSED MOTION TO DISSOLVE STAY**

Defendant-Appellant, Guy Wesley Reffitt, hereby moves this Court to dissolve the stay in this case and, in support of this motion, Mr. Reffitt sets forth the following facts and argument.

1. On June 20, 2023, this Court entered an order holding the briefing in this case to be held in abeyance until 30 days after the mandate issues in *United States v. Fischer*, No. 22-3038. That mandate will likely not issue until resolution of a Petition for Certiorari that is expected to be filed in that case.

2. To further stay the briefing in this case pending resolution of a Petition for Certiorari in *Fischer* would prejudice Mr. Reffitt. Indeed, in the event that certiorari was denied in *Fischer*, this denial would not occur until September 2023 at the latest, and the resulting delay to this case would not benefit Mr. Reffitt in any way. Moreover, in the event certiorari was to be granted in *Fischer*, it could take almost

a year (or more) to resolve the case, and Mr. Reffitt will have served a bulk of his sentence by that time (when "good time" and First Step Act credits are taken into account).

3. The government does not oppose dissolving the stay in this matter.

WHEREFORE, Defendant-Appellant, Guy Wesley Reffitt, respectfully requests this Court to dissolve the stay in this matter and require the filing of Mr. Reffitt's opening brief withing forty days of the date on which the stay is resolved.

Respectfully submitted,

/s/ F. Clinton Broden
F. Clinton Broden
Broden & Mickelsen
2600 State Street
Dallas, Texas 75204
214-720-9552
214-720-9594 (facsimile)
clint@texascrimlaw.com

Attorney for Defendant-Appellant
Guy Wesley Reffitt

## **CERTIFICATE OF SERVICE**

I, F. Clinton Broden, certify that on July 13, 2022, I caused the foregoing document to be served by the electronic case filing system (ECF) on all counsel of record.

/s/ F. Clinton Broden
F. Clinton Broden

## **CERTIFICATE OF COMPLIANCE**

1. This brief complies with the type-volume limitation of Fed. R. App. P. 27(d) and 32(a) because this motion contains <u>243</u> words.

2. This brief complies with the typeface requirements of Fed. R. App. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using WordPerfect software in Times New Roman 14-point font in text.

<u>/s/ F. Clinton Broden</u>
F. Clinton Broden
